# AFFIDAVIT OF SERVICE

**State of Colorado** **County of** **Court**

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2010 AUG -6 AM 11:36
GREGORY C. LANGHAM
CLERK
BY_______________DEP. CLK

Case Number: 10 CV 01805MSK CBS

Plaintiff:
**Carl L. & Jessica A. Williams**

vs.

Defendant:
**BAC Home Loan Servicing**

For:
Carl Williams
2364 Xanthia Way
Denver, CO 80238

Received by SWAY SERVICES to be served on **Bac Home Loan Servicing LP, 370 17th Street, Denver, CO 80202**.

I, Todd Smith, being duly sworn, depose and say that on the **3rd day of August, 2010 at 3:30 pm, I:**

affirm that I served the **Civil Case Cover Sheet; Original Petition; Petition Temporary Injunction; Memorandum In Support Of Request For Temporary Restraining Order; Temporary Restraining Order; Petition For Restraing Order; Restraing Order;** upon **Bac Home Loan Servicing LP** by leaving the papers with **Mari Handcock of Bennington & Johnson (Reg. Agent)** who is an agent authorized and/or designated to receive service for **Bac Home Loan Servicing LP** . Service was made at **370 17th Street, Denver, CO 80202** .

I certify that I am over the age of 18, have no interest in the above action. Service was made pursuant to the rules and regulations of the State of Colorado.

Subscribed and Sworn to before me on the 5th day of August, 2010 by the affiant who is personally known to me.

_______________________
NOTARY PUBLIC
My commission expires_______________

DEREK MINTO
NOTARY PUBLIC
STATE OF COLORADO

My Commission Expires 09/16/2012

_______________________
Todd Smith

SWAY SERVICES
15 Jackson Street Ste. E
Denver, CO 80206
(303) 699-5152

Our Job Serial Number: 2010004383

Service Fee: $100.00

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3u