Honorable Marcia S. Krieger
c/o District Court of Colorado
Alfred A Arraj Courthouse
901 19th Street.
Denver, CO 80294-3589
August 17, 2010

FILED
U.S. DISTRICT COURT

2010 AUG 18   AM 8: 37

GREGORY C. LANGHAM
CLERK

BY_____DEP. CLK

**Carl L. Williams**
2364 Xanthia Way
Denver, CO 80238
PRO SE

Re: 1:10-cv-01805-MSK-CBS

Your Honor:

I am currently scheduled to appear Thursday August 19th, at 9:00 AM in Courtroom A
901 before Judge Marcia S. Kreiger or Judge Craig B. Shaffer  for a Rule 16 hearing.

I am asking for a continuance for 60 days to seek and obtain advice from counsel.

I am requesting a continuance and new trial date.

Yours truly,

Carl L. Williams
Phone: 303-399-5531
Email:Tuesday05@comcast.net

Jessica A. Williams

Form 5G:4  Motion for Continuance – To Seek advice of counsel, for Hearing or Trial

*{CAPTION - FORM 1B:1}*

*Carl L and Jessica A Williams'* MEMORANDUM IN SUPPORT OF MOTION FOR
CONTINUANCE

   *Carl L and Jessica A Williams*  asks the court to continue this case for at least *{60}*
days.

### A.  Introduction

   1.    Plaintiff is *Carl  L  and  Jessica  A  Williams*; defendant is *BAC  Home  Loans
Servicing.*

   2.    Plaintiff sued defendant for 15 USC 1601, 12 USC 2601, TILA/RESPA/HOLPA, Fraud et.
al..

   3.    This case is set for  *hearing* on *8-19-2010.*

   4.    *Plaintiffs* requests a continuance until *October 18, 2010* in order to obtain proper
advice of counsel.

### B.  Argument

   5.    Plaintiffs need additional time to procure proper advice of counsel.


   6.    *Plaintiff* will  be  substantially  prejudiced  if  *he*  is  required  to  appear  without
advice of counsel

   7.    This request for continuance is not merely for delay, but so that justice may be
done.

### C.  Conclusion

   8.    *Plaintiff has attempted to proceed to this point without benefit of counsel. Out of
respect for the Court's time Plaintiff requests to have additional time to obtain advice of
counsel.*  For these reasons, *Plaintiff* respectfully asks the court to continue this case for at
least *60* days until October 18, 2010.