FORM 5G:07  CONTINUANCE - ORDER

*{STYLE OF THE CASE - FORM 1B:01}*

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 1 8 2010

GREGORY C. LANGHAM
                  CLERK

<u>ORDER ON *PLAINTIFF*'S MOTION FOR CONTINUANCE</u>

After considering plaintiffs Carl L. Williams and Jessica A. Williams's motion for continuance the court

*{CHOOSE APPROPRIATE ORDER}*

DENIES the motion.

GRANTS the motion and continues this case for { } days, until _____, 2010__.

SIGNED on _____, 2010__.

_____
U.S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

_____
*{Name of attorney submitting order}*