**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-CV-01805-MSK-CBS

CARL L. and JESSICA A. WILLIAMS,

    Plaintiffs,

v.

BAC HOME LOANS SERVICING, LP,

    Defendant.

## ENTRY OF APPEARANCE

Pursuant to D.C.Colo.LR 11.1, J. Kevin Bridston and Sean M. Hanlon of Holland & Hart, $_{LLP}$, hereby enter their appearance as counsel of record on behalf of Defendant BAC Home Loans Servicing, LP, for all purposes in the above-captioned matter.

Dated:  August 30, 2010.

                                            Respectfully submitted,

                                            *s/ J. Kevin Bridston*
                                            J. Kevin Bridston
                                            HOLLAND & HART $_{LLP}$
                                            555 Seventeenth Street, Suite 3200
                                            Denver, CO  80202
                                            Telephone:  (303) 295-8104
                                            Fax:  (303) 295-8261
                                            kbridston@hollandhart.com

                                            *s/ Sean M. Hanlon*
                                            Sean M. Hanlon
                                            HOLLAND & HART $_{LLP}$
                                            555 Seventeenth Street, Suite 3200
                                            Denver, CO  80202

Telephone: (303) 295-8270
Fax: (303) 295-8261
smhanlon@hollandhart.com

**ATTORNEYS FOR DEFENDANT**

2

## CERTIFICATE OF SERVICE

I certify that on August 30, 2010, I caused to be served a copy of the foregoing document to the following by:

☒ U.S. Mail, postage prepaid
☐ Hand Delivery
☐ Fax
☐ Electronic Service by LexisNexis File & Serve

Carl L. and Jessica A. Williams
2364 Xanthia Way
Denver, CO 80238

*s/ J. Kevin Bridston*
J. Kevin Bridston

4903214_1.DOC

3