CERTIFICATE OF SERVICE

CASE # 10-CV-01805 MSK-CBS

We, Carl L & Jessica A Williams, do swear and affirm that I have served a signed copy of this Petition for No Answer Default, and Order for No Answer Default to any and all defendants by way of U.S.P.S. Certified mail # 7010 0290 0003 2096 and return receipt. 7653

Carl L & Jessica A Williams
2364 Xanthia Way
Denver CO 80238

*[signatures]*

The Person above, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to this document and acknowledged to me that he/she executed the same in his authorized capacity and that by his signature on this instrument who is the person who executed this instrument.

I certify under PENALTY OF PERJURY under the laws of this State that the foregoing paragraph is true and correct.

Witness my hand and official seal.

*[signature]*

NOTARY PUBLIC IN AND FOR
THE STATE OF COLORADO

my commission expires 10/10/12

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP - 2 2010

GREGORY C. LANGHAM
CLERK

Notary Seal

---

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

M. Handcock
Bennington & Johnson
317 17th Street
Denver, CO 80202

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X *M. Hammok*   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery 8/30/10

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7010 0290 0003 2096 7653

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

5 of 7