IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01805-MSK-CBS

CARL L. WILLIAMS, and
JESSICA A. WILLIAMS,

    Plaintiffs,

v.

BAC HOME LOANS SERVICING,

    Defendant.

---

## CLERK'S NOTE

---

    This matter is before the Clerk's office on a Petition for No Answer Default. Upon examination of our records, we find that defendant BAC Home Loans Servicing was served on August 3, 2010, but there is insufficient conformity with the rules of service as set forth in Fed. R. Civ. P. 4(h)(1) or 4(e)(1), or C.R.C.P. 4(e)(4), i.e.: By delivering a copy thereof to the Registered Agent for service as set forth in the most recently filed document in the records of the Secretary of State of this State.

    DEFAULT of defendant BAC Home Loans Servicing, LP will not be entered.

    DATED: September 3, 2010.

                                          GREGORY C. LANGHAM, CLERK

                                          By:   s/ Wendi Copello
                                                      Deputy Clerk

CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on September 3, 2010, I mailed a copy of the Clerk's Note using the CM/ECF system which will send notification of such filing to the following individuals:

See Attached NEF

And I hereby further certify that I have mailed the above mentioned document to the following non CM/ECF participants:

Carl L. Williams
2364 Xanthia Way
Denver, CO 80238

Jessica A. Williams
2364 Xanthia Way
Denver, CO 80238

GREGORY C. LANGHAM, CLERK

By: s/ Wendi Copello
     Deputy Clerk