```
                                              FILED
                                         U.S. DISTRICT COURT
 1   Carl L. Williams &                  DISTRICT OF COLORADO
     Jessica A Williams                  2010 NOV 24  AM 10: 31
 2   2364 Xanthia Way
     Denver, CO 80238                    GREGORY C. LANGHAM
 3                                              CLERK

 4          THE UNITED STATES DISTRICT COURT         DEP. CLK
                   DISTRICT OF COLORADO
 5

 6
                                          Case #10-cv-01805-MSK
 7   Carl L. Williams and Jessica A

 8   Williams                             REQUEST FOR SCHEDULED

 9          Plaintiffs,                   HEARING TO BE COMPLETED

10                                        THROUGH SUBMISSION OF

11          vs.                           PAPERWORK, AND NOT ORAL

12                                        ARGUMENTS.

13   BAC Home Loans Servicing, LP

14          Defendant

15

16                                        November 24, 2010

17
```

Plaintiffs come before the court as an unrepresented party despite ongoing search for representation. Plaintiffs have exhausted most of reserves in obtaining research but are having some difficulties qualifying for low-income legal services.

Plaintiffs who have appeared Pro Se, objects to oral arguments for the hearing scheduled for November 30, 2010. It is a disadvantage to the Plaintiffs to have to argue their case in front of a Judge, against a Federally Practiced Attorney. Plaintiffs do not have the experience and lacks the same tools the Defendant's Attorney has, and would be unfairly prejudiced if Plaintiffs had to proceed orally.

Additionally, Plaintiff Carl L. Williams at age 70 is being treated for heart failure and is concerned about the stress of a court appearance of this nature.

Request & Objection - 1

Plaintiffs request that this court reset the hearing date, but discontinue the personal appearance for oral arguments.

If this court finds that oral arguments are demanded, Plaintiffs will be at a disadvantage to appear for above reasons.

### Prayer

- An order from the court absolving Plaintiffs from presenting oral arguments at hearing, and only appear through their paperwork. In the alternative, if oral arguments are demanded, that another day, amenable to both parties, be scheduled along with a copy of the questions this court and Defendants counsel will ask at the hearing, as to be as prepared as Plaintiffs "un-learned in law" could be.
- That Defendants future motions, pleadings, requests and petitions to this Court be not refused to be filed and that lacking the form be not a judgment that such motions, pleadings, requests and petitions could not be filed as any Defendant or Plaintiff appearing Pro Se have due process rights and are not subject to the same strict rules on form as a learned Attorney.

Respectfully submitted:

_____          _____
Carl L. Williams                 Jessica A Williams

EMAIL
TUESDAY05@Comcast.net

## Verification

We, Carl L. Williams and Jessica A Williams, do swear and affirm that all statements made herein are true and accurate, in all respects, to the best of our knowledge.

_____     _____
Carl L. Williams                                    Jessica A Williams