**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:  Patricia Glover           Date: January 21, 2011
Court Reporter:    Kara Spitler

Civil Action No.  10-cv-01805-MSK-CBS

<u>*Parties*</u>:                                    <u>*Counsel*</u>:

CARL L. WILLIAMS,                               Carl Williams *pro se*
JESSICA A WILLIAMS,                             Jessica Williams *pro se*

       Plaintiffs,

v.

BAC HOME LOANS SERVICING,                       John Bridston
                                                Sean Hanlon

       Defendants.

## COURTROOM MINUTES

HEARING:  Evidentiary Hearing

**3:29 p.m.     Court in session**

Counsel and parties present as listed above.  Alethea Espino, representative of BAC is present.

The Court addresses Plaintiff's motion (request) to Reset hearing. (**Doc. #37**)

Statement from Mr. Williams.  Plaintiffs are not ready to proceed with this evidentiary hearing.
Statement from Mr. Hanlon.

**ORDER:**   Defendant's Motion (request) to Reset Hearing (**Doc. #37**) is **DENIED.**  The remaining portion(s) of Defendant's Motion for Preliminary Injunction and Motion for Temporary Restraining Order (**Doc. #4 and #2**) are **DENIED** with leave to renew.

Plaintiffs are advised that if counsel enters an appearance on their behalf, that counsel may rfiling a motion for preliminary injunction and  request a hearing or request an expedited trial in this matter.  The case has already been referred to the Magistrate Judge for pretrial administration (**Doc. #7**) and that order will become operative at this time.

**3:39 p. m.     Court in recess.**

Courtroom Minutes
Judge Marcia S. Krieger
Page 2


**Total Time:    10 minutes.**
**Hearing concluded.**