IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-01805-MSK

CARL L. WILLIAMS, and
JESSICA A. WILLIAMS,

        Plaintiffs,

v.

BAC HOME LOANS SERVICING,

        Defendant.

## ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE

        THIS MATTER comes before the Court on the Motion to Dismiss Without Prejudice (Motion) **(#47)** filed March 1, 2011.  Having reviewed the Motion,

        **IT IS ORDERED** that the Motion is **GRANTED**.  Any and all claims asserted in the above-captioned matter are dismissed without prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action.  The Clerk shall close this case.

        DATED this 2nd day of March, 2011.

        **BY THE COURT:**

        */s/ Marcia S. Krieger*

        Marcia S. Krieger
        United States District Judge